# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 03, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-10208   Garza v. Energy Transfer
                   USDC No. 3:23-CV-27

The court has granted in part an extension of time to and including June 13, 2024 for filing appellant's brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Angelique B. Tardie, Deputy Clerk
504-310-7715

Ms. Kelley Riddle Edwards
Mr. Charles Henry Peckham
Mr. Matthew Swanger